IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE 2003 L. AND F. BECKER FAMILY TRUST, *individually and on behalf of all others similarly situated*,<br><br>        **Plaintiff,**<br><br>        v.<br><br>BOKF, NA d/b/a BANK OF KANSAS CITY<br><br>        **Defendant.** | **CIVIL ACTION**<br><br>**NO. 15-5323** |

## ORDER

**AND NOW,** this __13th__ day of June, 2016, upon consideration of Defendant's Motion to Dismiss for Lack of Jurisdiction (Doc. 3), Plaintiff's Response in Opposition (Doc. 6), Defendant's Reply (Doc. 7), Plaintiff's Supplemented Memorandum of Law (Doc. 15), and Defendant's Reply (Doc. 18), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion to Dismiss is **GRANTED.**[1]

**IT IS FURTHER ORDERED** that, upon consideration of Plaintiff's Motion for Leave to Subpoena Documents from Third Party (Doc. 19), and Defendant's Response (Doc. 20), Plaintiff's Motion is **DENIED.**

                                                                                                      **BY THE COURT:**

                                                                                                      **/s/ Petrese B. Tucker**

                                                                                                       **Hon. Petrese B. Tucker, U.S.C.J.**

---

[1] This Order accompanies the Court's Memorandum dated June 13, 2016.